Name: Elias and Michaela Robinson
Mailing address: 7664 Boundry Ave.
City, State, Zip: Anchorage, AK. 99504
Telephone: 907-306-1679

RECEIVED SEP 19 2018 CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Elias and Michaela Robinson,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Alaska Court System,
Supreme Court,
Court of Appeals,
(Enter full names of defendant(s) in this action. Do NOT use et al.)

Defendant(s).

Case No. 3:18-CV00214-TMB
(To be supplied by Court)

COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

(NON-PRISONERS)

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Michaela Robinson,
(print your name)

who presently resides at 7664 Boundry Ave. Anchorage, AK. 99504
(mailing address)

were violated by the actions of the individual(s) named below.

Ryan Montgomery-Sythe, Deputy Clerk,
Mikkel Foltmar, Deputy Clerk
Sarah Anderson, Case Manager
Marilyn Mays, [Clerk of the Appellate Courts]

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Alaska Court System, Supreme Court, Court of Appeals_ is a citizen of
(name)
_Alaska_, and is employed as a _Deputy Clerks_.
(state) (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _Mikkel Foltmar_ is a citizen of
(name)
_ALASKA_, and is employed as a _Deputy Clerk_.
(state) (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _Ryan Montgomery - Sythe_ is a citizen of
(name)
_ALaSKA_, and is employed as a _Deputy Clerk_.
(state) (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about 2-26-2018 (Date), my civil right to Due process filings (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.) was violated by All Deputy Clerks office Personal (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Since The Opening of My Appeal I have been denied by Singal Justice Deputy clerk's The right to any Motions I filed for. all Though The Directions were not properly issued when opening case To Myself as to what rights are The correct way to The Appellants Due proccess in The Appeal from the begining Deputy Clerk Mikkel Faltmar was Abuseing his Athority on my behalf of Appellant as Clerk over my case it was also Made verry Clean by Supervising Staff That The full court or singel Judges will Make ruleing with out any motions to refer to Cause they werent going To allow Then to. Well Deputy Clerk Mikkel Faltmar also use in Order Refered to Motions of The opposition of The Appellee's Moot has been used more than once - against my Appeal To The Supreme Court in This Case on a superior Court Judgement - Appeal To The Supreme Appeals Court has help to altar My Appeal decission I Have verrifiable Doccuments which have my Conditions And as well as rights To present Them for Support of my Motions but All Have been Kept from The file of Singal Judges or full Court Request. by serial motions filled

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

Claim 2: On or about 06-18-18, my civil right to Due Process of filing (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.) was violated by Ryan Montgomery - Sythe, Deputy Clerk (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

On this matter The Request for exceptance of late Oral Arguments and Motion for Personal Speaker were Submitted Seven Days After Due with motions to except that being late because The clerk's office Deputy clerk Ryan Montgomery - Sythe Has Used The Appellee's "Opposision" of This Case Has Already been decided on — which was Quoteing The Superior Court Determination instead of The Surpreme Court Appeal Decission Claiming There's been a decission on this case a Order Dated 7-11-18 causing more Case Decission to be one Sided, and useing Moot as well. In superior court Case # 3AN-13-06795CI was what They have been Refering to as Moot - to Deny Motion to be process, on The Supreme Appeals Case S-16692.

Claim 3: On or about 07-17-18 (Date), my civil right to Due Process
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by Clerk of The Appeals Supreme Court office
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

On a Motion for Reconsideration was filed with The Clerk's office - Refused for filing 8-15-2018 Claiming the case was Moot - because The Court see 7-11-18 Order has already conferred on The case

M. Montgomery
Clerk's Last name not ledgable

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _X_ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): None

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

b. <u>Lawsuit 2</u>:

Plaintiff(s): None

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

**F. Request for Relief** The Decission made by The Clerk's of The Appellate Courts Denying Motions Purposely. to botched case

Plaintiff requests that this Court grant the following relief: Physical Damages & Emotional Damages Punitive Damages, for breach of ~~contract~~ Civial Rights violations.

1. Damages in the amount of $22,000,000

And any and All settelments Appellant could Have Won if The filings was FAIR.

2. Punitive damages in the amount of $ 6,000,000

3. An order requiring defendant(s) to _____

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. __X__ Yes _____ No


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.


Executed at __Anchorage, AK.__ on __09-18-18__
               (Location)                           (Date)

__Michael_____
(Plaintiff's Original Signature)




_____     _____
Original Signature of Attorney (if any)                  (Date)



_____
_____

Attorney's Address and Telephone Number


PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 7 of 7

Case 3:18-cv-00214-TMB   Document 1   Filed 09/19/18   Page 7 of 7